IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-161C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT AND JOINT STIPULATION

Pursuant to the Court's January 8, 2016 order, ECF No. 63, directing the parties to file a joint status report regarding the status of settlement discussions, the parties respectfully provide the following status report, as well as a joint stipulation.

On November 4, 2015, the parties jointly stipulated that Mr. Smith should be awarded monetary damages of $9,261.00, inclusive of overtime compensation, liquidated damages, and prejudgment interest on those amounts. ECF No. 60. At that time, Mr. Smith's claims for attorney fees, costs and expenses remained unresolved. *Id*. The parties requested that the Court not enter judgment at that time. *Id*. The Court agreed with the parties' request to not enter judgment at that time. *See* Order dated November 13, 2015, ECF No. 61.

The parties have now reached an agreement to resolve Mr. Smith's remaining claims for reasonable attorney fees, costs and expenses through a joint stipulation.

In order to resolve the remaining claims of plaintiff, Roy Smith, for reasonable attorney fees, costs and expenses pursuant to 29 U.S.C. § 216(b), Mr. Smith and defendant, the United States, jointly agree and stipulate that Mr. Smith should be awarded fees, costs and expenses of $45,494.96, inclusive of prejudgment interest on that amount.

Pursuant to this joint stipulation, and the joint stipulation filed on November 4, 2015, ECF No. 60, the parties respectfully request the Court to enter judgment for Mr. Smith of $54,755.96.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

 /s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

| | |
|---|---|
| /s/ C. Ryan Morgan | /s/ Joshua A. Mandlebaum |
| C. RYAN MORGAN, ESQ. | JOSHUA A. MANDLEBAUM |
| FLBN: 0015527 | Trial Attorney |
| MORGAN & MORGAN, P.A. | Commercial Litigation Branch |
| 20 N. Orange Ave., 14th Floor | Civil Division |
| P.O. Box 4979 | Department of Justice |
| Orlando, FL 32802-4979 | P.O. Box 480 |
| Tel: (407) 420-1414 | Ben Franklin Station |
| Fax: (407) 245-3401 | Washington, D.C. 20044 |
| rmorgan@forthepeople.com | Tel: (202) 305-3091 |
| | Fax: (202) 514-8624 |
| | joshua.a.mandlebaum@usdoj.gov |
| Attorney for Plaintiff | Attorneys for Defendant |

February 12, 2016