# In the United States Court of Federal Claims

No. 13-161C

(Filed February 12, 2016)

```
* * * * * * * * * * * * * * * * *
                                *
                                *
ROY SMITH,                      *
                                *
                Plaintiff,      *
                                *
        v.                      *
                                *
THE UNITED STATES,              *
                                *
                Defendant.      *
                                *
* * * * * * * * * * * * * * * * *
```

## ORDER

The Court has reviewed the joint status report and joint stipulation filed today concerning Mr. Smith's claims for attorney's fees, costs, and expenses. Under this joint stipulation and the joint stipulation filed November 4, 2015, the parties have resolved all the claims in this case. Pursuant to the terms of the joint stipulations, the Clerk of Court is directed to enter judgment for Mr. Smith in the amount of $54,755.96.

**IT IS SO ORDERED.**

                                                s/ Victor J. Wolski

                                                **VICTOR J. WOLSKI**
                                                Judge